No. 765. Estate of May *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Manley Fleischmann* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.

No. 786. Hunter Mills Corp. et al. *v.* Federal Trade Commission. C. A. 2d Cir. Certiorari denied. *Alex Akerman, Jr.* and *Thomas A. Ziebarth* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, PGad B. Morehouse* and *Alan B. Hobbes* for respondent.

No. 800. International Hod Carriers, Building & Common Laborers' Union of America, Local No. 1140, AFL–CIO, *v.* National Labor Relations Board. C. A. 8th Cir. Certiorari denied. *David D. Weinberg* and *Mozart G. Ratner* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 801. Bankers Trust Co., Executor, *v.* United States. C. A. 2d Cir. Certiorari denied. *Gerald Donovan* for petitioner. *Solicitor General Cox, Assistant Attorney .General Oberdorfer, Harry Baum* and *L. W. Post* for the United States.

No. 814. Schepp et al. *v.* Producers, Inc., et al. C. A. 7th Cir. Certiorari denied. *Paul Y. Davis* for petitioners. *John E. Early, Michael Gesas, John L. Carroll, Charles B. Feibleman* and *Charles H. Sparrenberger* for respondents.